IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00464-BNB

JAMES FAIRCLOTH,
    Plaintiff,
v.

CORRECTIONS CORPORATION OF AMERICA,
COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, Exec. Dir. of CDOC, and
DAVE HENNINGER, CEO of CCA,
    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Judge Robert E. Blackburn and to Magistrate Judge Kristen L. Mix. Accordingly, it is

ORDERED that this case shall be assigned to Judge Robert E. Blackburn and to Magistrate Judge Kristen L. Mix pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED March 21, 2014, at Denver, Colorado.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge