IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00464-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH, Executive Direction of CDOC, in his individual and official capacities,
DAVE HENNINGER, CEO of CCA, in his individual and official capacities,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **CCA Defendants' Unopposed Motion to Allow Representative to Participate in Settlement Conference by Telephone** [#161] (the "Motion"). In the Motion, Defendants Corrections Corporation of America ("CCA") and Damon Hininger[1] ask that CCA's Assistant General Counsel, Dianna Baker Shew, Esq., be allowed to participate in the January 7, 2016 Settlement Conference by telephone. *Motion* [#161] at 2. They note that Ms. Shew works in Nashville, Tennessee, at CCA's corporate headquarters and state that if the Motion is granted, she "will be able to meaningfully and appropriately participate in the Settlement Conference by telephone . . . ." *Id.*

    IT IS HEREBY **ORDERED** that the Motion [#161] is **GRANTED**. Ms. Shew may participate in the January 7, 2016 Settlement Conference by telephone.

    Dated: December 7, 2015

---

[1] Incorrectly named in the Complaint as Dave Henninger. *See Motion* [#161] at 1.