**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-464-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH,
DAVE HENNINGER,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matters before the court are: (1) the **Motion To Strike Misnomer and To Add Colorado Board of Parole** [#118][2] filed May 20, 2015; (2) the **CCA Defendants' Motion for Extension of Time To Respond To Plaintiff's Recent Motions** [#123] filed June 10, 2015; and (3) the **CDOC Defendants' Motion for Extension of Time To Respond To Plaintiff's Recent Motions** [#124] filed June 10, 2015.

    In the motion to strike, the plaintiff notes that he has referred to the Colorado Division of Parole and Community Corrections in some of his filings. He notes in his motion that the proper name is the Colorado Board of Parole. The court is aware that references to the Colorado Division of Parole and Community Corrections are references to the Colorado Board of Parole. The motion is denied.

    In their motion for extension of time, the CCA defendants and the CDOC defendants seek an extension of time to respond to two motions of the plaintiff pending a determination of whether or not the plaintiff will be permitted to file an amended complaint. The court has denied both motions filed by the plaintiff for which the CCA defendants and the CDOC defendants seek an extension of time to file a response. No

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#118]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

response to either motion is necessary. Therefore, the motions for extension of time are denied as moot.

After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1. That the **Motion To Strike Misnomer and To Add Colorado Board of Parole** [#118] filed May 20, 2015, is denied;

2. That the **CCA Defendants' Motion for Extension of Time To Respond To Plaintiff's Recent Motions** [#123] filed June 10, 2015, is denied as moot; and

3. That the **CDOC Defendants' Motion for Extension of Time To Respond To Plaintiff's Recent Motions** [#124] filed June 10, 2015, is denied as moot.

Dated: March 24, 2016.