# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-00464-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
COLORADO DEPARTMENT OF CORRECTIONS,
RICK RAEMISCH,
DAVE HENNINGER,

    Defendants.

# ORDER

**Blackburn, J.**

The matter is before me is the **Notice of Completion of Limited Appearance** [#190][1], filed March 22, 2016, by Elisabeth L. Owen, extant attorney of record for the plaintiff.

Ms. Owen's "notice" is insufficient to comply with the requirements of the Local Attorney Rules and ineffectual to remove her as counsel of record for plaintiff on the CM/ECF system. *See* D.C.COLO.LAttyR 5(b) ("Withdrawal of Appearance").[2] If Ms. Owen intends to withdraw her appearance, and thus terminate her limited representation, she must comply with the requirements and procedures specified in the

---

[1] "[#190]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] D.C.COLO.LAttyR 5(b) applies to both general and limited representation. D.C.COLO.LAttyR 2(b)(1), governing limited representation of an unrepresented prisoner in a civil action, does not relieve an attorney who seeks to terminate limited representation from moving to withdraw.

rules. No lesser submission will be construed as sufficient to terminate Ms. Owen's representation of plaintiff in this or any other matter in which she previously entered an appearance – limited or otherwise – on his behalf.

**THEREFORE, IT IS ORDERED** that **Notice of Completion of Limited Appearance** [#190], filed March 22, 2016, by Elisabeth L. Owen, extant attorney of record for the plaintiff, is stricken.

Dated April 13, 2016, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge